# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT ALEXANDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV415-032 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Robert Alexander moves the Court to modify its earlier order granting him additional time to object to the Court's recommendation that his 28 U.S.C. § 2254 petition be dismissed as untimely. Doc. 9 (motion for corrective order); docs. 5 & 7 (motions for additional time); doc. 3 (Report and Recommendation). His first motion for an extension, filed on May 18, 2015, sought until July 21, 2015 to file an objection. Doc. 5 (requesting an additional 60 days from the May 21, 2015 objections deadline). His second motion, filed July 10, 2015, also requested an additional 60 days. Doc. 7 at 2. The Court granted petitioner additional time, ordering that he file his objections by the July

21, 2015 deadline he requested in his first motion. Docs. 5 (deadline of July 21, 2015 requested); doc. 8 (order granting extension).

That date was not a mistake,[1] but neither is the Court wont to deprive petitioner of an opportunity to object when allowing additional time will not prejudice the State. Accordingly, the Court **GRANTS IN PART** petitioner's motion for corrective order. Doc. 9. He may not wait until September, *see* doc. 9 at 1, but he is allowed an additional 14 days from the date this Order is served to file his objections. This is a *final* extension, however.

**SO ORDERED** this  4th   day of August, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Over two months have now passed since petitioner first sought additional time to object. He could have, and should have, used that time to perfect his objections. Too, he gives no reason why he now needs until September 2015, doc. 9, when he originally sought an extension until July 2015. Doc. 5.

2