# United States District Court
## *Southern District of Georgia*

Robert Alexander

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-32

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 9, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Alexander's 2254 petition. This action stands closed.

| December 9, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |